

# NUMBER 13-18-00244-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                    Appellant,

v.

SHEILA JO HARDIN,                                       Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# O R D E R

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

This cause is before the Court on the State's motion to direct the trial court clerk to forward to this Court original exhibit SX #1, a video recording of a traffic stop, admitted at the hearing on motion to suppress in Cause No. 17FC-1760-G.

The Court, having fully examined and considered the State's motion to direct the trial court clerk to forward original exhibit, is of the opinion that the motion should be

granted. The State's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward original exhibit SX #1 entered into evidence at the hearing on motion to suppress in Cause No. 17FC-1760-G to this Court within fifteen days from the date of this order.

PER CURIAM

Delivered and filed this the
16th day of July, 2018.

2